IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BROAN NUTONE, LLC : CIVIL ACTION
:
VS. : NO. 02-4627
:

TRAVELERS PROPERTY CASUALTY
CORP., ET AL.

## ORDER

AND NOW, this 18th of JULY, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Stewart Dalzell to the Honorable Herbert J. Hutton.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

MICHAEL E. KUNZ
Clerk of Court